**RUSS, AUGUST & KABAT**
Alexander C. Giza, SBN 212327
agiza@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Modern Telecom Systems LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MODERN TELECOM SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JUNO ONLINE SERVICES, INC., a Delaware corporation, and NETZERO, INC., a Delaware corporation,<br><br>Defendants. | Case No. SACV14-00348 AG (ANx)<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

IT IS HEREBY STIPULATED by and between Plaintiff Modern Telecom Systems LLC ("MTS") and Juno Online Services, Inc. ("Juno") and Netzero, Inc. ("Netzero") (collectively, "Defendants"), through their counsel of record, and subject to the approval of the Court, that:

  (1) MTS may file a Second Amended Complaint in the form of Exhibit A (redline version showing changes over the First Amended Complaint attached as Exhibit B); and

  (2) Notwithstanding any other applicable rules, the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is extended to November 14, 2014.

DATED: October 7, 2014

By: /s/ Jeffrey Z.Y. Liao

Alexander C.D. Giza, SBN 212327
agiza@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
Jeffrey Z.Y. Liao, SBN 288994
jliao@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Modern Telecom Systems LLC*

By: /s/ William J. Robinson

William J. Robinson (CA Bar No. 83729)
email: wrobinson@foley.com
Justin M. Sobaje (CA Bar No. 234165)
email: jsobaje@foley.com
Jean-Paul Ciardullo (CA Bar No. 284170)
email: jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213.972.4500
Facsimile: 213.486.0065

*Attorneys for Defendants*
*JUNO ONLINE SERVICES, INC.*
*and NETZERO, INC.*

Local Rule 5-4.3.4(a)(2)(i) Certification

I attest that William J. Robinson gave me his permission to affix his electronic signature to this document and electronically file it.

/s/ Jeffrey Z.Y. Liao