# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MODERN TELECOM SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JUNO ONLINE SERVICES, INC., a Delaware corporation, and NETZERO, INC., a Delaware corporation,<br><br>Defendants. | Case No. SACV14-00348 AG (ANx)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Having reviewed the STIPULATION TO FILE SECOND AMENDED COMPLAINT filed by Plaintiff Modern Telecom Systems LLC ("MTS") and Juno Online Services, Inc. ("Juno") and Netzero, Inc. ("Netzero") (collectively, "Defendants"), through their counsel of record, and for good cause shown, it is HEREBY ORDERED THAT:

(1) MTS may file a Second Amended Complaint in the form of Exhibit A; and

(2) Notwithstanding any other applicable rules, the deadline for Defendants to answer or otherwise respond to the Second Amended Complaint is extended to November 14, 2014.

| | |
|---|---|
| Dated: | _____ |
| | Hon. Andrew J. Guilford |
| | United States District Judge |